NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Nicole Lavallee (SBN 165755)
Daniel E. Barenbaum (SBN 209261)
Jeffrey Rocha (SBN 304852)
Pierce Stanley (SBN 352152)
BERMAN TABACCO
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200

ATTORNEY(S) FOR: Plaintiff ROBERTO VERTHELYI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff ROBERTO VERTHELYI_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Roberto Verthelyi | Plaintiff |
| PennyMac Mortgage Investment Trust | Defendant |
| PNMAC Capital Management, LLC | Defendant |
| PennyMac Financial Services, Inc. | Parent of PNMAC Capital Management, LLC |

| June 14, 2024 | /s/ Daniel E. Barenbaum |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Daniel E. Barenbaum