1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**[PROPOSED] ORDER GRANTING PENNYMAC MORTGAGE INVESTMENT TRUST'S MOTION TO DISMISS**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

1  On August 20, 2024, Defendant PennyMac Mortgage Investment Trust
2  ("PennyMac") moved to dismiss the Complaint in the above-captioned case. The Court,
3  having considered PennyMac's Notice of Motion to Dismiss, the Memorandum of
4  Points and Authorities in support thereof, PennyMac and Defendant PNMAC Capital
5  Management, LLC's joint Request for Judicial Notice in Support of their Motions to
6  Dismiss, all other papers and evidence submitted in opposition and reply, the pertinent
7  pleadings, and the applicable law, and finding good cause therefore, hereby **GRANTS**
8  PennyMac's Motion to Dismiss in its entirety, without leave to amend. Accordingly, it
9  hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
10  **IT IS SO ORDERED**.

_____, 2024

_____
Hon. Michael W. Fitzgerald
United States District Judge

1
*[PROPOSED] ORDER GRANTING PENNYMAC MORTGAGE INVESTMENT TRUST'S MOTION TO DISMISS*