# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**[PROPOSED] ORDER GRANTING PNMAC CAPITAL MANAGEMENT, LLC'S MOTION TO DISMISS**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

1   On August 20, 2024, Defendant PNMAC Capital Management, LLC ("PCM")
2   moved to dismiss the Complaint in the above-captioned case.  The Court, having
3   considered PCM's Notice of Motion to Dismiss, the Memorandum of Points and
4   Authorities in support thereof, PennyMac and Defendant PNMAC Capital Management,
5   LLC's joint Request for Judicial Notice in Support of their Motions to Dismiss, all other
6   papers and evidence submitted in opposition and reply, the pertinent pleadings, and the
7   applicable law, and finding good cause therefore, hereby **GRANTS** PCM's Motion to
8   Dismiss in its entirety, without leave to amend.  Accordingly, it hereby **ORDERED** that
9   Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
10   **IT IS SO ORDERED**.

_____, 2024

_____
Hon. Michael W. Fitzgerald
United States District Judge