UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
sfarina@wc.com
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant PennyMac Mortgage Investment Trust*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

1 In support of their concurrently-filed Motions to Dismiss, Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC (collectively, "Defendants") respectfully request that the Court consider three documents: the Articles Supplementary for each of PennyMac Mortgage Investment Trust's Series A and Series B Preferred Shares, and PennyMac Mortgage Investment Trust's operative Declaration of Trust, all of which are as filed with the State of Maryland.  A court may take judicial notice of documents outside the pleadings if: (1) the complaint refers to such documents; (2) the documents are "central to the plaintiff's claim"; and (3) "no party questions the authenticity" of the copies attached to the Rule 12(b)(6) motion.  *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011); *see also Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) ("[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss"). Additionally, "[c]ourts may take judicial notice of public records and government documents available from reliable sources on the Internet such as websites run by governmental agencies." *Maxon v. Fuller Theological Seminary*, 549 F. Supp. 3d 1116, 1122 (C.D. Cal. 2020) (citation, internal quotation marks, and alteration omitted).

The attached documents are appropriate for judicial notice.  The Complaint discusses the terms of the Preferred Shares contained in each Articles Supplementary, which "forms the basis of [Plaintiff's] claim" that PennyMac violated the LIBOR Act and California's Unfair Competition Law.  *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see, e.g.*, Compl. ¶¶ 14, 30–38, 45.  These Articles Supplementary are part of PennyMac's Declaration of Trust under Maryland law.  *See* Md. Code Ann., Corps. & Ass'ns § 8-101(b).  Courts addressing motions to dismiss routinely notice organizational governance documents from a state's website.  *See Risto v. Screen Actors Guild - Am. Fed'n of Television & Radio Artists*, 2018 WL 7016345, at *5 (C.D. Cal. Nov. 6, 2018) (taking judicial notice of a defendant's "Agreement and Declaration of Trust" because it was referenced in the plaintiff's complaint); *Verduzco v. St. Mary's*

*High Sch.*, 2024 WL 3088467, at *3 (E.D. Cal. June 21, 2024) (taking notice of defendant's articles of incorporation and its amended articles of incorporation filed with the state).

Dated: August 20, 2024            Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendant PennyMac Mortgage Investment Trust*

---

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE