UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
sfarina@wc.com
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant PennyMac Mortgage Investment Trust*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**DECLARATION OF MATTHEW DONALD UMHOFER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

I, Matthew Donald Umhofer, hereby declare and state as follows:

1. I am a partner at Umhofer, Mitchell & King LLP, and I represent Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC in this matter. I understand that I am submitting this Declaration in connection with Defendants' Request for Judicial Notice in support of their Motions to Dismiss the Complaint in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon to do so, would and could testify competently thereto.

2. Exhibit A is a true and correct copy of the Articles Supplementary for PennyMac Mortgage Investment Trust's 8.125% Series A Fixed-to-Floating Rate Cumulative Redeemable Preferred Shares of Beneficial Interest, as filed with the State of Maryland.

3. Exhibit B is a true and correct copy of the Articles Supplementary for PennyMac Mortgage Investment Trust's 8.00% Series B Fixed-to-Floating Rate Cumulative Redeemable Preferred Shares of Beneficial Interest, as filed with the State of Maryland.

4. Exhibit C is a true and correct copy of PennyMac Mortgage Investment Trust's Articles of Amendment and Restatement of its Declaration of Trust, dated July 24, 2009, as filed with the State of Maryland.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of August, 2024, at Los Angeles, CA.


By: */s/Matthew Donald Umhofer*