# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

On August 20, 2024, Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC filed a Request for Judicial Notice in the above-captioned case.  The Court, having considered Defendants' Request for Judicial Notice in Support of their Motions to Dismiss, all other papers and evidence submitted in opposition and reply, the pertinent pleadings, and the applicable law, and finding good cause therefore, hereby **GRANTS** Defendants' Request for Judicial Notice.

**IT IS SO ORDERED**.

_____, 2024

_____
Hon. Michael W. Fitzgerald
United States District Judge