Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Daniel E. Barenbaum (SBN 209261)
Email: dbarenbaum@bermantabacco.com
Jeffrey Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Catherine Pratsinakis (Admitted *pro hac vice*)
Email: cpratsinakis@dilworthlaw.com
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7013

*Attorneys for Plaintiff Roberto Verthelyi
and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC,<br><br>Defendants. | No. 2:24-cv-05028-MWF-JC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:  November 18, 2024<br>Time:  10:00 a.m.<br>Ctrm:   5A<br>Judge:  Michael W. Fitzgerald |

[No. 2:24-cv-05028-MWF-JC] [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

# [PROPOSED] ORDER

Plaintiff's Request for Judicial Notice in Support of Opposition to Defendants' Motions to Dismiss is GRANTED. The Court takes judicial notice of Exhibits 1 through 6 attached to the Declaration of Catherine Pratsinakis in Support of Request For Judicial Notice In Support of Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2024        _____
                                    HON. MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE