Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Daniel E. Barenbaum (SBN 209261)
Email: dbarenbaum@bermantabacco.com
Jeffrey Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Catherine Pratsinakis (Admitted *pro hac vice*)
Email: cpratsinakis@dilworthlaw.com
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7013

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC,<br><br>Defendants. | No. 2:24-cv-05028-MWF-JC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CATHERINE PRATSINAKIS IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: November 18, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5A<br>Judge: Michael W. Fitzgerald |

[No. 2:24-cv-05028-MWF-JC] DECLARATION OF CATHERINE PRATSINAKIS ISO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

I, Catherine Pratsinakis, hereby declare and state as follows:

1. I am a partner with Dilworth Paxson LLP, and I represent Plaintiff Roberto Verthelyi and the Putative Class in this matter. I understand that I am submitting this Declaration in connection with Plaintiff's Request for Judicial Notice in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss (ECF 34 & 35) in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon to do so, would and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the Congressional hearing titled, *The End of LIBOR: Transitioning to an Alternative Interest Rate Calculation for Mortgages, Student Loans, Business Borrowing, and Other Financial Products*, before the Subcommittee on Investor Protection, Entrepreneurship, and Capital Markets of the Committee on Financial Services, U.S. House of Representatives, 117th Cong. 17, dated April 15, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the Congressional hearing titled, *The LIBOR Transition: Protecting Consumers and Investors*, before the Committee on Banking, Housing, and Urban Affairs, U.S. Senate, 117th Cong. 357, dated November 2, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Congressional Record (House) titled, *Adjustable Interest Rate (LIBOR) Act of 2021*, 167 Cong. Rec. H7479-01, dated December 8, 2021.

5. Attached hereto as Exhibit 4 are excerpted pages from PennyMac Mortgage Investment Trust's Annual Report on Form 10-K for the fiscal year ended December 31, 2023, filed with the U.S. Securities and Exchange Commission ("SEC") on February 22, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of the official list of PennyMac filings downloaded from the Maryland Department of Assessments and Taxation's website on October 10, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of Impac Mortgage Holdings, Inc.'s Articles Supplementary Designating the Company's 9.375% Series B Preferred Stock, which was downloaded from the SEC's website.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 11th day of October, 2024, at Philadelphia, Pennsylvania.

By: _____
Catherine Pratsinakis

[No. 2:24-cv-05028-MWF-JC] DECLARATION OF CATHERINE PRATSINAKIS ISO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE    2