# Exhibit 5

## PENNYMAC MORTGAGE INVESTMENT TRUST: D13055041

## Filing History

The items listed below are associated with this business.

👁 – Click to view/print PDF (note: some items may not be available to view)

💬 – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| 👁 ARTICLES SUPPLEMENTARY | 8/19/2021 1:08:00 PM | | | 18 |
| 👁 ARTICLES SUPPLEMENTARY | 6/30/2017 11:12:00 AM | | | 19 |
| 👁 RESIDENT AGENT CHANGE OF ADDRESS | 6/19/2017 8:30:00 AM | | | 2 |
| 👁 ARTICLES SUPPLEMENTARY | 3/6/2017 4:17:00 PM | | | 19 |
| 👁 RESIDENT AGENT CHANGE OF ADDRESS | 12/1/2009 2:43:00 PM | | | 55 |
| 👁 ARTICLES OF AMENDMENT AND RESTATEMENT | 7/24/2009 12:18:00 PM | | | 24 |
| 👁 DECLARATION OF TRUST | 5/18/2009 10:34:00 AM | | | 7 |