UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
sfarina@wc.com
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant PennyMac Mortgage Investment Trust*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLIES IN SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

1    In support of their concurrently-filed Replies in Support of Their Motions to Dismiss, Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC (collectively, "Defendants") respectfully request that the Court consider one document: the Adjustable Interest Rate (LIBOR) Act of 2021, H.R. Rep. No. 117-206, pt.1 (2021).  A court may take judicial notice of documents outside the pleadings if: (1) the complaint refers to such documents; (2) the documents are "central to the plaintiff's claim"; and (3) "no party questions the authenticity" of the copies attached to the Rule 12(b)(6) motion. *United States v. Corinthian Colls.*, 655 F.3d 984, 999 (9th Cir. 2011); *see also Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) ("[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss.").  Additionally, "[c]ourts may take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet such as websites run by governmental agencies.'" *Maxon v. Fuller Theological Seminary*, 549 F. Supp. 3d 1116, 1122 (C.D. Cal. 2020) (citation omitted).

The attached document is appropriate for judicial notice. Plaintiff's opposition to the motion to dismiss relies extensively on selective quotes from the legislative history of the LIBOR Act.  Defendant's reply includes a fuller history.  "[A] court may properly take judicial notice of legislative history[.]" *Rodriguez v. Ford Motor Co.*, No. 3:23-CV-00598-RBM-JLB, 2024 WL 1223485, at *4 (S.D. Cal. Mar. 21, 2024) (quoting *Stone v. Sysco Corp.*, No. 16-CV-01145-DAD-JLT, 2016 WL 6582598, at *4 (E.D. Cal. Nov. 7, 2016)).

Dated: November 4, 2024         Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*DEFENDANTS' REQUEST FOR JUDICIAL NOTICE*

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendant PennyMac Mortgage Investment Trust*