1  UMHOFER, MITCHELL & KING LLP
   Matthew Donald Umhofer (SBN 206607)
2  Jonas P. Mann (SBN 263314)
   767 S. Alameda St., Suite 270
3  Los Angeles, California 90021
   Telephone: (213) 394-7979
4  Facsimile: (213) 529-1027
   matthew@umklaw.com
5  jonas@umklaw.com

6  *Attorneys for Defendants PennyMac*
   *Mortgage Investment Trust and PNMAC*
7  *Capital Management, LLC*

8  Steven M. Farina (*pro hac vice*)
   Melissa B. Collins (*pro hac vice*)
9  sfarina@wc.com
   mcollins@wc.com
10 WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, SW
11 Washington, DC 20024
   Telephone: 202-434-5000
12 Facsimile: 202-434-5029

13 *Attorneys for Defendant PennyMac*
   *Mortgage Investment Trust*
14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**DECLARATION OF MATTHEW DONALD UMHOFER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLIES TO MOTIONS TO DIMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

I, Matthew Donald Umhofer, hereby declare and state as follows:

1. I am a partner at Umhofer, Mitchell & King LLP, and I represent Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC in this matter. I understand that I am submitting this Declaration in connection with Defendants' Request for Judicial Notice in support of their Replies to Motions to Dismiss the Complaint in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon to do so, would and could testify competently thereto.

2. Exhibit D is a true and correct copy of legislative history regarding the Adjustable Interest Rate (LIBOR) Act of 2021, H.R. Rep. No. 117-206 (2021).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 4, 2024, at Los Angeles, CA.

By: */s/Matthew Donald Umhofer*
Matthew Donald Umhofer