1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>           Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: Nov. 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

18
19
20
21
22
23
24
25
26
27
28

1        On August 20, 2024, Defendants PennyMac Mortgage Investment Trust and

2  PNMAC Capital Management, LLC filed a Request for Judicial Notice in the above-

3  captioned case.  The Court, having considered Defendants' Request for Judicial Notice

4  in Support of their Motions to Dismiss, all other papers and evidence submitted in

5  opposition and reply, the pertinent pleadings, and the applicable law, and finding good

6  cause therefore, hereby **GRANTS** Defendants' Request for Judicial Notice.

7        **IT IS SO ORDERED**.

8

9      _____, 2024           _____

10                           Hon. Michael W. Fitzgerald
                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

*[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE*