# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Kathy Becker | 2a. Contact Phone Number: 415-433-3200 | 3a. Contact E-mail Address: kbecker@bermantabacco.com |
| 1b. Attorney Name (if different): Daniel E. Barenbaum | 2b. Attorney Phone Number: 415-433-3200 | 3b. Attorney E-mail Address: dbarenbaum@bermantabacco.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
BERMAN TABACCO
425 California Street, Suite 2300
San Francisco, CA 94104

**5. Name & Role of Party Represented:** Plaintiff Roberto Verthelyi
**6. Case Name:** Verthelyi v. PennyMac Mortgage Investment Trust, et al.
**7a. District Court Case Number:** 2:24-cv-05028-MWF-JC
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal  ☐ Criminal ☒ Civil  ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. Release of Trans. Restriction Date | d. Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2024 | | Fitzgerald | Hearing on Motion to Dismiss | ● | ○ | ○ | ○ | ○ | ○ | ○ | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** November 22, 2024    **Signature:** /s/ Daniel E. Barenbaum

G-120 (06/18)