UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 24-5028-MWF(JCx)**                               Dated: **November 21, 2024**

Title:   Roberto Verthelyi -v- PennyMac Mortgage Investment Trust, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jeffrey V. Rocha | Steven Farina |
| Catherine Pratsinakis | Matthew D. Umhofer |
| Daniel E. Barenbaum | Jonas P. Mann |

**PROCEEDINGS:**   **PENNYMAC MORTGAGE INVESTMENT TRUST'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [34] DEFENDANT PNMAC CAPITAL MANAGEMENT LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [35]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:25 min