1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>             Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Hearing Date:  April 28, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 5A<br>Judge: Michael W. Fitzgerald |

19
20
21
22
23
24
25
26
27
28

*[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL*

1    On March 25, 2025, Defendants PennyMac Mortgage Investment Trust and

2  PNMAC Capital Management, LLC ("Defendants") moved this Court to certify its

3  February 26, 2025 Order, ECF No. 52 ("Order"), for interlocutory appeal and stay

4  further proceedings pending resolution of the appeal pursuant to 28 U.S.C. § 1292(b).

5    The Court, having considered Defendants' Notice of Motion to Certify Order for

6  Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Proceedings Pending

7  Appeal, the Memorandum of Points and Authorities in support thereof, all other papers

8  and evidence submitted in opposition and reply, the pertinent pleadings, and the

9  applicable law, and finding good cause therefore, hereby **GRANTS** Defendants'

10  Motion and certifies to the Ninth Circuit for interlocutory appeal the two questions

11  Defendants identify:

12    1.    Whether, as a matter of law, the choice-of-law provision in PennyMac's

13  operative charter document (the "Declaration of Trust") compels the application of

14  Maryland law.

15    2.    Whether, as a matter of law, PennyMac's fallback dividend rate is a

16  qualifying "benchmark replacement" under the LIBOR Act, 12 U.S.C. § 5802(3), such

17  that the use of that rate complies with the Act.

18    The Court **STAYS** this matter pending resolution of the appeal.

19    **IT IS SO ORDERED.**

20

21  _____, 2025    _____

22              Hon. Michael W. Fitzgerald
              United States District Judge

23

24

25

26

27

28

1

*[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL*