| | |
|---|---|
| 1 | UMHOFER, MITCHELL & KING LLP |
| 2 | Matthew Donald Umhofer (SBN 206607)<br>Jonas P. Mann (SBN 263314) |
| 3 | 767 S. Alameda St., Suite 270<br>Los Angeles, California 90021 |
| 4 | Telephone: (213) 394-7979<br>Facsimile: (213) 529-1027 |
| 5 | matthew@umklaw.com<br>jonas@umklaw.com |

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
sfarina@wc.com
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant PennyMac Mortgage Investment Trust*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:24-cv-05028-MWF<br><br>**NOTICE OF *ERRATA TO* DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Hearing Date: April 28, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>Judge: Michael W. Fitzgerald |

*DEFENDANTS' NOTICE OF ERRATA*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC hereby submit this Notice of *Errata* regarding Defendants' Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) and to Stay Proceedings Pending Appeal, filed at ECF No. 53. The motion as inadvertently file with the incorrect word count on the certificate of compliance.

- Page 21, line 3–4, should read "certifies the brief contains 6,892 words, which complies with the word limit of L.R. 11-6.1."

Dated: March 25, 2025

Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendant PennyMac Mortgage Investment Trust*