Name and address:
Daniel Z. Goldman (SBN 342368)
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
dgoldman@bklwlaw.com
(973) 476-5485

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERTO VERTHELYI

Plaintiff(s)

v.

PENNYMAC MORTGAGE INVESTMENT TRUST, et al.

Defendant(s).

CASE NUMBER

2:24-cv-05028-MWF-JC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Heinzerling, Mariah                                 of    Dilworth Paxson LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        1650 Market Street, Suite 1200
215-575-7183         215-754-4603                                  Philadelphia, PA 19103
*Telephone Number*   *Fax Number*
mheinzerling@dilworthlaw.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Roberto Verthelyi

*Name(s) of Party(ies) Represented*                     [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**
Goldman, Daniel Z.                                  of   Bienert Katzman Littrell Williams LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       903 Calle Amanecer, Suite 350
342368        (973) 476-5485        949-369-3701                 San Clemente, California 92673
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dgoldman@bklwlaw.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge