| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 17 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,

    Plaintiff - Respondent,

 v.

PENNYMAC MORTGAGE INVESTMENT TRUST and PNMAC CAPITAL MANAGEMENT, LLC,

    Defendants - Petitioners.

No. 25-3140

D.C. No. 2:24-cv-05028-MWF-JC
Central District of California, Los Angeles

ORDER

Before: SILVERMAN and VANDYKE, Circuit Judges.

    The motion (Docket Entry No. 6) for leave to file a reply in support of the petition is granted.

    The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).