1  **UMHOFER, MITCHELL & KING LLP**
   Matthew Donald Umhofer (SBN 206607)
2  Jonas P. Mann (SBN 263314)
   767 S. Alameda St., Suite 270
3  Los Angeles, California 90021
   Telephone: (213) 394-7979
4  Facsimile: (213) 529-1027
   matthew@umklaw.com
5  jonas@umklaw.com

6  *Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*
7

8  Steven M. Farina (*pro hac vice*)
   Melissa B. Collins (*pro hac vice*)
9  **WILLIAMS & CONNOLLY LLP**
   680 Maine Avenue, SW
10 Washington, DC  20024
   Telephone: (202) 434-5000
11 Facsimile: (202) 434-5029
   sfarina@wc.com
12 mcollins@wc.com

13 *Attorneys for Defendants PennyMac Mortgage Investment Trust*
14

   *[Additional Counsel on next page]*
15

16                **UNITED STATES DISTRICT COURT**

17                **CENTRAL DISTRICT OF CALIFORNIA**

18

19 | ROBERTO VERTHELYI, on behalf of himself and all others similarly situated, | Case No. 2:24-cv-05028-MWF |
   |---|---|
   | Plaintiff, | **JOINT STATUS REPORT** |
   | v. | Judge: Michael W. Fitzgerald |
   | PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC, | |
   | Defendant. | |

JOINT STATUS REPORT

| | |
|---|---|
| 1 | Nicole Lavallee (SBN 165755) |
| | Daniel E. Barenbaum (SBN 209261) |
| 2 | **BERMAN TABACCO** |
| | 425 California Street, Suite 2300 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 433-3200 |
| 4 | Facsimile: (415) 433-6382 |
| | nlavallee@bermantabacco.com |
| 5 | dbarenbaum@bermantabacco.com |
| 6 | Catherine Pratsinakis (*pro hac vice*) |
| | Mariah Heinzerling (*pro hac vice*) |
| 7 | **DILWORTH PAXSON LLP** |
| | 1650 Market Street Suite 1200 |
| 8 | Philadelphia, PA 19103 |
| | Telephone: (215) 575-7000 |
| 9 | Facsimile: (215) 754-4603 |
| | cpratsinakis@dilworthlaw.com |
| 10 | mheinzerling@dilworthlaw.com |
| 11 | Daniel Goldman (SBN 342368) |
| | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** |
| 12 | 903 Calle Amanecer, Suite 350 |
| | San Clemente, CA 92673 |
| 13 | Telephone: (973) 476-5485 |
| | Facsimile: (949) 369-3701 |
| 14 | dgoldman@bklwlaw.com |
| 15 | |
| 16 | *Attorneys for Plaintiff Roberto Verthelyi* |

*JOINT STATUS REPORT*

Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC and Plaintiff Roberto Verthelyi, by and through their respective counsel, hereby submit the following Joint Status Report.

On May 5, 2025, the Court granted Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC's motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the action pending a decision by the Ninth Circuit. (ECF No. 64.) The Court ordered the parties to submit a joint status report within ten days of a ruling by the Ninth Circuit and every ninety days thereafter. (Id.)

On May 15, 2025, Defendants filed their petition to appeal in the Ninth Circuit. On May 27, 2025, Plaintiff filed his answer to Defendants' petition. On June 2, 2025, Defendants filed a motion for leave to reply and proposed reply.

On July 17, 2025, the United States Court of Appeals for the Ninth Circuit granted Defendants' petition to appeal pursuant to 28 U.S.C. § 1292 and granted Defendants' motion for leave to reply.

The Ninth Circuit set the following briefing schedule:

- September 20, 2025 – Appeal Opening Brief Due
- October 30, 2025 – Appeal Answering Brief Due
- November 21, 2025 – Reply Brief Due

Dated: July 23, 2025            Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*

1
JOINT STATUS REPORT

|   |   |
|---|---|
| 1 | /s/ Daniel E. Barenbaum |
| 2 | BERMAN TABACCO<br>Nicole Lavallee<br>Daniel E. Barenbaum |
| 3 |   |
| 4 | DILWORTH PAXSON LLP<br>Catherine Pratsinakis (*pro hac vice*)<br>Mariah Heinzerling (*pro hac vice*) |

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

## ATTESTATION CLAUSE

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4(a)(2).)

Dated: July 23, 2025         Respectfully submitted,

/s/ Matthew Donald Umhofer
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*