**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Defendants PennyMac*
*Mortgage Investment Trust and PNMAC*
*Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfarina@wc.com
mcollins@wc.com

*Attorneys for Defendants PennyMac*
*Mortgage Investment Trust*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:24-cv-05028-MWF<br><br>**DEFENDANTS' NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**<br><br>Judge: Michael W. Fitzgerald |

1    Pursuant to Ninth Circuit Rule 10-3.1(c), Defendants PennyMac Mortgage

2  Investment Trust and PNMAC Capital Management, LLC give notice that no further

3  transcripts will be ordered for their appeal to the Ninth Circuit, Case No. 25-4458,

4  because all transcripts have been previously ordered and produced. (*See* ECF Nos. 49

5  and 65.

6

7  Dated: July 28, 2025               Respectfully submitted,

8                                     */s/ Matthew Donald Umhofer*
                                      UMHOFER, MITCHELL & KING, LLP
9                                      Matthew Donald Umhofer
                                      Jonas P. Mann
10
                                      *Attorneys for Defendants PennyMac*
11                                     *Mortgage Investment Trust and PNMAC*
                                      *Capital Management, LLC*
12
                                      WILLIAMS & CONNOLLY LLP
13                                     Steven M. Farina (*pro hac vice*)
                                      Melissa B. Collins (*pro hac vice*)
14
                                      *Attorneys for Defendants PennyMac*
15                                     *Mortgage Investment Trust*

16

17

18

19

20

21

22

23

24

25

26

27

28

*DEFENDANTS' NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)*