UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)
sfarina@wc.com
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC  20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendants PennyMac Mortgage Investment Trust*

*[Additional Counsel on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:24-cv-05028-MWF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Michael W. Fitzgerald |

1  Nicole Lavallee (SBN 165755)
   Email: nlavallee@bermantabacco.com
2  Daniel E. Barenbaum (SBN 209261)
   Email: dbarenbaum@bermantabacco.com
3  **BERMAN TABACCO**
   425 California Street, Suite 2300
4  San Francisco, CA 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  Catherine Pratsinakis (*pro hac vice*)
   Email: cpratsinakis@dilworthlaw.com
7  Mariah Heinzerling (*pro hac vice*)
   mheinzerling@dilworthlaw.com
8  **DILWORTH PAXSON LLP**
   1500 Market Street, Suite 3500E
9  Philadelphia, PA 19102
   Telephone: (215) 575-7013
10

11 Daniel Goldman
   Email: dgoldman@bklwlaw.com
   **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
12 903 Calle Amanecer, Suite 350
   San Clemente, CA 92673
13 Telephone: (973) 476-5485

14
   *Attorneys for Plaintiff Roberto Verthelyi*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STATUS REPORT*

1  Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC and Plaintiff Roberto Verthelyi, by and through their respective counsel, hereby submit the following Joint Status Report.

On May 5, 2025, the Court granted Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC's motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the action pending a decision by the Ninth Circuit. (ECF No. 64.) The Court ordered the parties to submit a joint status report within ten days of a ruling by the Ninth Circuit and every ninety days thereafter. (Id.) The parties submitted their first joint status report on July 23, 2025. (ECF No. 68).

The appeal before the Ninth Circuit is ongoing. After a 30-day extension was sought and granted for Appellants' opening brief (Ninth Circuit Case No. 25-4458, Dkt. Nos. 7, 8), the briefing schedule is currently as follows:

- Appellants' Opening Brief is due October 30, 2025
- Appellee's Answering Brief is due December 1, 2025
- Appellants' Optional Reply Brief is due 21 days after service of the Answering Brief.

Dated: October 21, 2025         Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*

1
JOINT STATUS REPORT

|   |   |
|---|---|
| 1 | /s/ Daniel E. Barenbaum |
| 2 | BERMAN TABACCO<br>Nicole Lavallee<br>Daniel E. Barenbaum |

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

## ATTESTATION CLAUSE

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4(a)(2).)

Dated: October 21, 2025         Respectfully submitted,

/s/ Matthew Donald Umhofer
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*