| | |
|---|---|
| 1 | UMHOFER, MITCHELL & KING LLP |
| | Matthew Donald Umhofer (SBN 206607) |
| 2 | Jonas P. Mann (SBN 263314) |
| | 767 S. Alameda St., Suite 270 |
| 3 | Los Angeles, California 90021 |
| | Telephone: (213) 394-7979 |
| 4 | Facsimile: (213) 529-1027 |
| | matthew@umklaw.com |
| 5 | jonas@umklaw.com |
| 6 | *Attorneys for Defendants PennyMac* |
| | *Mortgage Investment Trust and PNMAC* |
| 7 | *Capital Management, LLC* |
| 8 | Steven M. Farina (*pro hac vice*) |
| | Melissa B. Collins (*pro hac vice*) |
| 9 | sfarina@wc.com |
| | mcollins@wc.com |
| 10 | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue, SW |
| 11 | Washington, DC  20024 |
| | Telephone: 202-434-5000 |
| 12 | Facsimile: 202-434-5029 |
| 13 | *Attorneys for Defendants PennyMac* |
| | *Mortgage Investment Trust* |
| 14 | |
| 15 | *[Additional Counsel on next page]* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated, | | Case No. 2:24-cv-05028-MWF |
| | | **JOINT STATUS REPORT** |
| Plaintiff, | | |
| v. | | Judge: Michael W. Fitzgerald |
| PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC, | | |
| Defendant. | | |

JOINT STATUS REPORT

|   |   |
|---|---|
| 1 | Nicole Lavallee (SBN 165755) |
|   | Email: nlavallee@bermantabacco.com |
| 2 | Daniel E. Barenbaum (SBN 209261) |
|   | Email: dbarenbaum@bermantabacco.com |
| 3 | **BERMAN TABACCO** |
|   | 425 California Street, Suite 2300 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-3200 |
| 5 | Facsimile: (415) 433-6382 |
| 6 | Catherine Pratsinakis (*pro hac vice*) |
|   | Email: cpratsinakis@dilworthlaw.com |
| 7 | Mariah Heinzerling (*pro hac vice*) |
|   | mheinzerling@dilworthlaw.com |
| 8 | **DILWORTH PAXSON LLP** |
|   | 1500 Market Street, Suite 3500E |
| 9 | Philadelphia, PA 19102 |
|   | Telephone: (215) 575-7013 |
| 10 |   |
| 11 | Daniel Goldman |
|   | Email: dgoldman@bklwlaw.com |
| 12 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** |
|   | 903 Calle Amanecer, Suite 350 |
|   | San Clemente, CA 92673 |
| 13 | Telephone: (973) 476-5485 |
| 14 |   |
|   | *Attorneys for Plaintiff Roberto Verthelyi* |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

*JOINT STATUS REPORT*

Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC and Plaintiff Roberto Verthelyi, by and through their respective counsel, hereby submit the following Joint Status Report.

On May 5, 2025, the Court granted Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC's motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the action pending a decision by the Ninth Circuit. (Dkt. No. 64.) The Court ordered the parties to submit a joint status report within ten days of a ruling by the Ninth Circuit and every ninety days thereafter. (Id.) The parties submitted their first joint status report on July 23, 2025. (Dkt. No. 68.) The parties submitted their second joint status report on October 21, 2025. (Dkt. No. 73.)

The appeal before the Ninth Circuit is ongoing. Appellants filed their opening brief on October 30, 2025, Appellee filed his opposition on December 5, 2025, and Appellants will file their reply on January 26, 2026. Oral argument has not yet been set.

Dated: January 20, 2026              Respectfully submitted,

                                     /s/ Matthew Donald Umhofer
                                     UMHOFER, MITCHELL & KING, LLP
                                     Matthew Donald Umhofer
                                     Jonas P. Mann

                                     *Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

                                     WILLIAMS & CONNOLLY LLP
                                     Steven M. Farina (*pro hac vice*)
                                     Melissa B. Collins (*pro hac vice*)

                                     *Attorneys for Defendants PennyMac Mortgage Investment Trust*

|   |   |
|---|---|
| 1 | */s/ Daniel E. Barenbaum* |
| 2 | BERMAN TABACCO<br>Nicole Lavallee |
| 3 | Daniel E. Barenbaum |

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

**ATTESTATION CLAUSE**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4(a)(2).)

Dated: January 20, 2026          Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*