UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
matthew@umklaw.com
Jonas P. Mann (SBN 263314)
jonas@umklaw.com
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979

*Attorneys for Defendants PennyMac
Mortgage Investment Trust and PNMAC
Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
sfarina@wc.com
Melissa B. Collins (*pro hac vice*)
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC  20024
Telephone: 202-434-5000

*Attorneys for Defendants PennyMac
Mortgage Investment Trust*

*[Additional Counsel on next page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>        Defendant. | Case No. 2:24-cv-05028-MWF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Michael W. Fitzgerald |

*JOINT STATUS REPORT*

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Daniel E. Barenbaum (SBN 209261)
dbarenbaum@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200

Catherine Pratsinakis (*pro hac vice*)
cpratsinakis@dilworthlaw.com
Mariah Heinzerling (*pro hac vice*)
mheinzerling@dilworthlaw.com
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7013

Daniel Goldman
dgoldman@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (973) 476-5485

*Attorneys for Plaintiff Roberto Verthelyi*

*JOINT STATUS REPORT*

Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC and Plaintiff Roberto Verthelyi, by and through their respective counsel, hereby submit the following Joint Status Report.

On May 5, 2025, the Court granted Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC's motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the action pending a decision by the Ninth Circuit. (Dkt. No. 64.) The Court ordered the parties to submit a joint status report within ten days of a ruling by the Ninth Circuit and every ninety days thereafter. (Id.) The parties submitted their first joint status report on July 23, 2025. (Dkt. No. 68.)  The parties submitted their second joint status report on October 21, 2025. (Dkt. No. 73.) The parties submitted their third joint status report on January 30, 2026. (Dkt. No. 74.) The parties submitted their fourth joint status report on April 20, 2026. (Dkt. No. 76.)

The appeal before the Ninth Circuit is ongoing. Appellants filed their opening brief on October 30, 2025, Appellee filed his opposition on December 5, 2025, and Appellants filed their reply on January 26, 2026. Oral argument occurred on April 24, 2026.

Dated: July 20, 2026                    Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac*
*Mortgage Investment Trust and PNMAC*
*Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac*
*Mortgage Investment Trust*

1
*JOINT STATUS REPORT*

*/s/ Daniel E. Barenbaum*
BERMAN TABACCO
Nicole Lavallee
Daniel E. Barenbaum

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

## ATTESTATION CLAUSE

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4(a)(2).)

Dated: July 20, 2026          Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*