Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Daniel E. Barenbaum (SBN 209261)
dbarenbaum@bermantabacco.com
Sean Micah Akchin (SBN 361186)
sakchin@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200

Catherine Pratsinakis (*pro hac vice*)
cpratsinakis@dilworthlaw.com
Mariah Heinzerling (*pro hac vice*)
mheinzerling@dilworthlaw.com
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7013

Daniel Goldman
dgoldman@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (973) 476-5485

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

*[Additional Counsel on next page]*

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
matthew@umklaw.com
Jonas P. Mann (SBN 263314)
jonas@umklaw.com
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

Steven M. Farina (*pro hac vice*)
sfarina@wc.com
Melissa B. Collins (*pro hac vice*)
mcollins@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000

*Attorneys for Defendants PennyMac Mortgage Investment Trust*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:24-cv-05028-MWF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Michael W. Fitzgerald |

Plaintiff Roberto Verthelyi and Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC ("Defendants"), by and through their respective counsel, hereby submit the following Joint Status Report.

On May 5, 2025, the Court granted Defendants' motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the action pending a decision by the Ninth Circuit. (Dkt. No. 64.) The Court ordered the parties to submit a joint status report within ten days of a ruling by the Ninth Circuit and every ninety days thereafter. (*Id.*)

The appeal before the Ninth Circuit has now concluded. The panel has reversed the District Court's order denying PennyMac Mortgage Investment Trust's motion to dismiss (Dkt. No. 52) shareholder Roberto Verthelyi's putative class action alleging a violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, and remanded the matter to the District Court:

> so that the parties may advance any further arguments they might have regarding whether PennyMac's application of the third fallback provision violates the LIBOR Act.[4]
>
> [4] In particular, we do not decide whether, "after giving any effect to [§ 5803(b)]," 12 U.S.C. § 5803(a), the third fallback provision is invalid because it references "a benchmark replacement that is based in any way on any LIBOR value." Id. § 5803(b)(1). We also do not decide whether the third fallback provision references "a clearly defined or practicable replacement benchmark rate" under § 5801, or whether that section of the LIBOR Act creates a judicially enforceable standard. Nor do we decide whether these various arguments have been forfeited.

(Opinion, dated August 19, 2026, Appellate Dkt. 28-1, at 24 and n.4 (brackets in original)). Without prejudice to any arguments Defendants may have regarding the merits or appropriateness of further proceedings, the parties will propose a joint scheduling order for further proceedings in this matter by or before September 21, 2026.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Daniel E. Barenbaum*
BERMAN TABACCO
Nicole Lavallee
Daniel E. Barenbaum
Sean Micah Akchin

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*

/s/ *Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Jonas P. Mann

*Attorneys for Defendants PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

WILLIAMS & CONNOLLY LLP
Steven M. Farina (*pro hac vice*)
Melissa B. Collins (*pro hac vice*)

*Attorneys for Defendants PennyMac Mortgage Investment Trust*

**ATTESTATION CLAUSE**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4(a)(2).)

Dated: August 31, 2026

Respectfully submitted,

/s/ *Daniel E. Barenbaum*
BERMAN TABACCO
Nicole Lavallee
Daniel E. Barenbaum
Sean Micah Akchin

DILWORTH PAXSON LLP
Catherine Pratsinakis (*pro hac vice*)
Mariah Heinzerling (*pro hac vice*)

BIENERT KATZMAN LITTRELL WILLIAMS LLP
Daniel Goldman

*Attorneys for Plaintiff Roberto Verthelyi and the Putative Class*