UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,

Plaintiff - Appellee,

v.

PENNYMAC MORTGAGE INVESTMENT TRUST and PNMAC CAPITAL MANAGEMENT, LLC,

Defendants - Appellants.

No. 25-4458

D.C. No.
2:24-cv-05028-MWF-JC

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered August 19, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT