**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,

Plaintiff,

v.

PENNYMAC MORTGAGE INVESTMENT TRUST; PNMAC CAPITAL MANAGEMENT, LLC,

Defendants.

Case No. 2:24-cv-05028-MWF

**[PROPOSED] ODER GRANTING JOINT STIPULATION REGARDING THE SCHEDULE FOR AMENDED COMPLAINT AND BRIEFING ON DEFENDANTS' MOTION TO DISMISS**

Judge: Michael W. Fitzgerald

The Court, having considered the Parties Joint Stipulation Regarding the Schedule for Amended Complaint and Briefing on Defendants' Motion to Dismiss ("Stipulation"), and good cause appearing, GRANTS the Stipulation and ORDERS the following schedule:

1. Plaintiff shall provide his proposed Amended Complaint to Defendants on or before November 16, 2026.

2. Defendants shall inform Plaintiff whether they stipulate to or oppose the amendment on or before Thursday, November 19, 2026.

3. Plaintiff shall file and serve his Amended Complaint with either a stipulation to an amendment or, if Defendants oppose such amendment, an *ex parte* application under Local Rule 7-19 on or before November 20, 2026.

4. If Defendants oppose the amendment, they shall file their opposition to Plaintiff's *ex parte* application on or before November 24, 2026.

5. If Defendants elect to move to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12, Defendants shall file and serve any such motion on or before January 20, 2027.

6. Plaintiff shall file and serve his opposition to any motion to dismiss on or before February 24, 2027.

7. Defendants shall file and serve any reply in support of their motion to dismiss on or before March 17, 2027.

IT IS SO ORDERED.

Dated: __________________, 2026

______________________________
Hon. Michael W. Fitzgerald
United States District Judge